6289, 6290. GREEN *v.* CITY OF THOMASVILLE. (two cases).

WADE, J. These cases are controlled by the ruling in *Moore* v. *City of Thomasville*, ante, 285.

*Judgment affirmed. Russell, C. J., dissents.*
DECIDED OCTOBER 21, 1915.

Certiorari; from Thomas superior court—Judge Thomas. December 22-23, 1914.

*C. E. Hay,* for plaintiff in error.
*Louis L. Moore,* contra.

---

6469. RAINES *v.* THE STATE.

BROYLES, J. 1. There was evidence to authorize the verdict of involuntary manslaughter in the commission of an unlawful act, and it was not error for the judge to instruct the jury on the law relating to that grade of homicide. Indeed, his failure to do so would have been reversible error. *Taylor* v. *State*, 108 *Ga.* 389 (34 S. E. 2); *Farmer* v. *State*, 112 *Ga.* 80 (37 S. E. 120); *Chapman* v. *State*, 120 *Ga.* 855 (48 S. E. 350); *Jordan* v. *State*, 124 *Ga.* 780 (53 S. E. 331); *Dorsey* v. *State*, 126 *Ga.* 633 (55 S. E. 479); *Joiner* v. *State*, 129 *Ga.* 295 (58 S. E. 859).

2. In view of the verdict returned, there is no merit in the second ground of the amendment to the motion for a new trial, which complains that the evidence fails to show that the instrument used was a weapon likely to produce death.          *Judgment affirmed.*
DECIDED OCTOBER 21, 1915.

Conviction of involuntary manslaughter; from Floyd superior court—Judge Wright. March 3, 1915.

*Eubanks & Mebane,* for plaintiff in error.
*W. H. Ennis, solicitor-general,* contra.